IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA JO JACOBS, <br><br> Plaintiff, <br><br> v. <br><br> HEBIBAOYUEJIANCAIYOUXIANGONGSI, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01196 <br><br> (Judge Stickman) |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through his undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants: BOHAOTECH, SONGHENG, NANHAO, Tapesb, xihuangmaoyi, PanKo Shop, dingqiangMY21, CANVASARTT, Beautiful canvas painting shop, CreativeHaven, Tulip Vibes, QISHANS DREAM, Happiness xiaohetao, Little Yellow Duck Life House, ZL-WALLART, Amagical, TOPSIN ONLINE, KMNOVO, Typruye, OHZOLLAN, Custom Art Global Store, Shuoyu Co. ltd, PERCIOUS HOME, Mera Decoration, zsrxmf, ModernLife, HOME LIFE FOR U, lovette Home, Artical Zoo, Hemingtonge, American style curtain, with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: September 8, 2025              /s/ Stanley D. Ference III

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff

- 2 -